1  ROBERT F. SMITH (CA SBN 116245)
   LAW OFFICES OF ROBERT F. SMITH
2  16200 Ventura Blvd. # 308
   Encino, CA 91436
3  Telephone: (818) 231-2331

4  Attorneys for Plaintiff Bruce Rorty

5  [*DEFENDANT HOME POINT FINANCIAL CORPORATION'S COUNSEL ON SIGNATURE
6  PAGE*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE RORTY, | Case No. 2:17-cv-00505 AB (SKx) |
| Plaintiff, | **PLAINTIFF BRUCE RORTY AND DEFENDANT HOME POINT FINANCIAL CORPORATION'S STIPULATION OF VOLUNTARY DISMISSAL** |
| vs. | |
| PREMIER BATHS, INC., a Florida corporation; HOME POINT FINANCIAL CORPORATION, a New Jersey corporation; REVERSE MORTGAGE SOLUTIONS, INC., a Delaware corporation, dba SECURITY 1 LENDING; BROKER MATCH, INC., a California corporation, dba REFINANCERATE.COM; GLOBAL EQUITY FINANCE, INC., a California corporation; LOANDEPOT.COM LLC; and DOES 1 through 100, | Hon. André Birotte Jr.<br>Courtroom TBD |
| Defendants. | |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bruce Rorty and Defendant Home Point Financial Corporation, by and through their undersigned counsel, stipulate to dismiss this action as to Defendant Home Point Financial Corporation in its entirety.  The claims alleged on behalf of Plaintiff Bruce Rorty against Defendant Home Point Financial Corporation shall be dismissed with prejudice.  Each party shall bear his or its own costs and expenses, including attorneys' fees.

Dated:  March _31, 2017    LAW OFFICES OF ROBERT F. SMITH

By:  /s/ Robert F. Smith
      Robert F. Smith

*Attorneys for Plaintiff*
**Bruce Rorty**

Dated:  March 31, 2017    MORRISON & FOERSTER LLP

By:  /s/ Kelsey M. Stricker
      Kelsey M. Stricker

*Attorneys for Defendant*
**Home Point Financial Corporation**

**ECF ATTESTATION**

I, Robert F. Smith, am the ECF User whose ID and password are being used to file the foregoing document. In accordance with Local Rule 5-4.3.4, concurrence in the filing of this document has been obtained from counsel for Defendant Home Point Financial Corporation, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: March _31_, 2017          LAW OFFICES OF ROBERT F. SMITH

                                 By:   /s/ Robert F. Smith
                                       Robert F. Smith

                                 *Attorneys for Plaintiff*
                                 **Bruce Rorty**

2