| | |
|---|---|
| 1 | ROBERT F. SMITH (CA SBN 116245) |
| 2 | LAW OFFICES OF ROBERT F. SMITH<br>16200 Ventura Blvd. # 308 |
| 3 | Encino, CA 91436<br>Telephone: (818) 231-2331 |
| 4 | Attorneys for Plaintiff Bruce Rorty |
| 5 | [*DEFENDANT REVERSE* |
| 6 | *MORTGAGE SOLUTIONS' COUNSEL ON SIGNATURE PAGE*] |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE RORTY,<br><br>               Plaintiff,<br><br>   vs.<br><br>PREMIER BATHS, INC., a Florida corporation; HOME POINT FINANCIAL CORPORATION, a New Jersey corporation; REVERSE MORTGAGE SOLUTIONS, INC., a Delaware corporation, dba SECURITY 1 LENDING; BROKER MATCH, INC., a California corporation, dba REFINANCERATE.COM; GLOBAL EQUITY FINANCE, INC., a California corporation; LOANDEPOT.COM LLC; and DOES 1 through 100,<br><br>               Defendants. | Case No. 2:17-cv-00505 AB (SKx)<br><br>**PLAINTIFF BRUCE RORTY AND DEFENDANT REVERSE MORTGAGE SOLUTIONS, INC'S JOINT STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Hon. André Birotte Jr.<br>Courtroom TBD |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bruce Rorty and Defendant REVERSE MORTGAGE SOLUTIONS, INC., a Delaware corporation, dba SECURITY 1 LENDING, by and through their undersigned counsel, stipulate to dismiss with prejudice this action as to Defendant REVERSE MORTGAGE SOLUTIONS, INC., a Delaware corporation, dba SECURITY 1 LENDING alone in its entirety. Each party shall bear his or its own costs and expenses, including attorneys' fees.

Dated: 4-20-17　　　　LAW OFFICES OF ROBERT F. SMITH

By: /s/ Robert F. Smith
　　　Robert F. Smith

*Attorneys for Plaintiff*
**Bruce Rorty**

Dated: April 11, 2017

WRIGHT, FINLEY & ZAK

By: JONATHAN FINK, ESQ.
*Attorneys for Defendant*
REVERSE MORTGAGE SOLUTIONS

1

# ECF ATTESTATION

I, Robert F. Smith, am the ECF User whose ID and password are being used to file the foregoing document. In accordance with Local Rule 5-4.3.4, concurrence in the filing of this document has been obtained from counsel for Defendant Home Point Financial Corporation, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: ▓, 2017

LAW OFFICES OF ROBERT F. SMITH

By:  /s/ Robert F. Smith
     Robert F. Smith

*Attorneys for Plaintiff*
**Bruce Rorty**

STIPULATION OF VOLUNTARY DISMISSAL
CASE NO. 2:17-CV-00505 AB (SKx)