| | |
|---|---|
| 1 | |
| 2 | LAW OFFICES OF ROBERT F. SMITH<br>Robert F. Smith (SBN 116245)<br>SmithRobertFattorney@yahoo.com |
| 3 | 16200 Ventura Blvd., Suite 308<br>Encino, CA 91436 |
| 4 | Telephone: (818) 231-2331 |
| 5 | Attorneys for Plaintiff<br>BRUCE RORTY |
| 6 | |
| 7 | HINSHAW AND CULBERTSTON, LLP<br>ASHLEY M. BRETTINGEN, SBN 315703 |
| 8 | 11601 Wilshire Blvd. Suite 800<br>Los Angeles, CA 90025 |
| 9 | Telephone 310 909 8000 |
| 10 | Attorneys for Loandepot.com LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE RORTY, | Case No. 2:17-cv-00505-AB-SK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| PREMIER BATHS et al. | |
| Defendant. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1  **PLEASE TAKE NOTICE** that Plaintiff Bruce Rorty and Defendant
2  Loandepot.com LLC have reached a settlement in principle, which will result in the
3  dismissal of said defendant Loandepot.com LLC from this action with prejudice.
4  Loandepot.com LLC is the last remaining defendant in this case.  The parties
5  anticipate that they will consummate the settlement and file a stipulation
6  dismissing the case with prejudice within the next 30 days.  Accordingly, the
7  parties request that all proceedings be taken off calendar.

DATED:  1-15-18                          HINSHAW AND CULBERTSON LLP

                                         By:*/s/ Ashley M. Brettingen*
                                                    Ashley M. Brettingen

                                         Attorneys for Defendant
                                          LOANDEPOT.COM LLC

DATED:  1-14-18                          LAW OFFICES OF ROBERT F. SMITH

                                         By*: /s/ Robert Smith*
                                                    Robert Smith

                                         Attorneys for Plaintiff
                                         BRUCE RORTY

NOTICE OF SETTLEMENT
38588253v.1